P. A. CRAVENS, Respondent, v. S. L. DEWEY, Appellant.

No. 2683; June 30, 1860.

Appeal—When Without Merit.—An Appeal by an Unsuccessful Defendant whose answer put in issue no averment of the complaint except the general one of payment, and whose points urged to impeach the judgment are either frivolous or not sustained by the record, should result in affirmance if it appears that the trial court put the case fairly before the jury and the jury gave a just verdict.

APPEAL from Fifteenth Judicial District, Plumas County.

Handley & Hayden for respondent; Filkins, Cox and Barnett for appellant.

BALDWIN, J.—It would be a useless task to go into the examination in detail of the numerous points made in this case by the appellants. Some of these points are frivolous and the others not sustained by the record or not good in law. The court put the case fairly to the jury, upon the simple proposition involved in the controversy. The answer of the defendant is so equivocal as to put no material averment of the complaint in issue, except, probably, the payment of the whole sum due on the contract. Justice seems to have

been done by the verdict, and no error committed to the prejudice of the appellant.

The judgment is affirmed.

I concur: Cope, J.